IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3110 |
| | ) | |
| V. | ) | |
| | ) | |
| SAMUEL ZOLLICOFFER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's unopposed motion to enlarge time to file objections to the presentence investigation report and continue the sentencing hearing (filing 25) is granted. Objections to the presentence investigation report are due by close of business on April 30, 2010. The undersigned's tentative findings will be issued on or about May 4, 2010. The defendant's sentencing hearing is rescheduled to Tuesday, May 11, 2010, at 12:00 noon, before the undersigned.

DATED this 8th day of April, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge