IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SAMUEL ZOLLICOFFER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's motion to continue sentencing hearing (filing 28) is granted.

(2)   Defendant Zollicoffer's evidentiary hearing and sentencing are continued to Wednesday, June 23, 2010, from 12:00-1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated May 11, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge